of Stanford, California, is appointed to serve as counsel for the petitioner in this case.

___

**No. 09-7147. Frank M. Muniz, Petitioner v. Lupe Marshall, Warden.**

559 U.S. 1003, 130 S. Ct. 1934, 176 L. Ed. 2d 360, 2010 U.S. LEXIS 2557.

March 22, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

___

**No. 09-7266. Charles H. Parker, Petitioner v. Louisiana.**

559 U.S. 1003, 130 S. Ct. 1935, 176 L. Ed. 2d 360, 2010 U.S. LEXIS 2559.

March 22, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

___

**No. 09-7282. Delores Karnofel, Petitioner v. Marshall D. Beck, et al.**

559 U.S. 1003, 130 S. Ct. 1935, 176 L. Ed. 2d 360, 2010 U.S. LEXIS 2567.

March 22, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

___

**No. 09-7461. Dedra Ghee, Petitioner v. Target National Bank.**

559 U.S. 1003, 130 S. Ct. 1935, 176 L. Ed. 2d 360, 2010 U.S. LEXIS 2615.

March 22, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

___

**No. 09-7560. Mustafa Redzic, Petitioner v. United States.**

559 U.S. 1003, 130 S. Ct. 1935, 176 L. Ed. 2d 360, 2010 U.S. LEXIS 2637.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 12, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

___

**No. 09-8579. William Calderon Jauregui, Petitioner v. Kevin Kutina.**

559 U.S. 1003, 130 S. Ct. 1935, 176 L. Ed. 2d 360, 2010 U.S. LEXIS 2625.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 12, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

___

**No. 09-8745. Shirley Levingston Thomas, Petitioner v. Harmon Family Trust.**

559 U.S. 1003, 130 S. Ct. 1935, 176 L. Ed. 2d 360, 2010 U.S. LEXIS 2727.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 12, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.